DATED this 18th day of January, 1983.

SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eighth Judicial District, County of Cascade. STATE OF MONTANA, Plaintiff, vs. FRANCIS LEI "FRAN" AHQUIN, Defendant.

## DECISION

No. (C)DC-82-016

The application of the above-named defendant for a review of the sentence of 5 years   5 years; consecutive imposed on May 19, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The reports indicate that the Defendant was engaged in the drug traffic more than just on a casual basis. Furthermore, the sentence imposed was well in line for other crimes of a similar nature.

We wish to thank Chris Britton, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Eleventh Judicial District, County of Flathead. STATE OF MONTANA, Plaintiff, vs. CECIL R. WHITE, Defendant.

## DECISION

No. DC-81-054

The application of the above-named defendant for a review of the sentence of 40 years imposed on January 11, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall remain the same as originally imposed.

The sentence was justified by the facts of the incident particularly in view of the reduction of the offense from that of Deliberate Homicide to Mitigated Deliberate Homicide.

We wish to thank Mr. Anthony Keast, Attorney at Law, for his assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.